IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAMADOU SALIOU DIALLO          :
                               :
         Petitioner,           :   3:26-cv-395
                               :   (JUDGE MARIANI)
    v.                         :
                               :
CRAIG LOWE, in his Official Capacity :
as Waden of the Pike County    :
Correctional Facility *et al.*, :
                               :
         Respondents.          :

## ORDER

**AND NOW, THIS 17TH DAY OF FEBRUARY 2026,** upon consideration of the verified petition for writ of habeas corpus, (Doc. 1), pursuant to 28 U.S.C. § 2241, and upon receipt of the full filing fee, **IT IS HEREBY ORDERED THAT**:

1. The habeas petition is **DEEMED** filed.  (Doc. 1).

2. The Clerk of Court is **DIRECTED** to serve a copy of this petition, (Doc. 1), and this Order on Respondents and the United States Attorney's Office for the Middle District of Pennsylvania, Civil Division.  *See* R. GOVERNING § 2254 CASES R. 4, 1(b) (applicable to petitions under 28 U.S.C. § 2241 in the discretion of the Court). All documents filed by the parties and by the Court shall be served upon the United States Attorney.

3. Respondents shall file, **no later than Monday, February 23, 2026, at 5:00 P.M.** an answer to the petition. (Doc. 1). *See* R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d).

4. Petitioner shall be permitted to file a reply, **no later than Wednesday, February 25, 2026, at 5:00 P.M.** *See* R. GOVERNING § 2254 CASES R. 1(b), 5(e).

5. The Court will decide whether to a hold a hearing on the basis of the petition, Respondents' answer, and, if filed, Petitioner's reply.

Robert D. Mariani
United States District Judge